### SMITH *v.* THE STATE.—In error.

IN prosecutions for bastardy, under the statute providing for the support of illegitimate children, it must appear that the mother of the child was unmarried and a resident of the state.